### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROL D SEALS, RENWICK CLIVENS, LOUIS ROACH, NORMAN JACKSON, JEFFREY HENDERSON, and RODNEY BRIDGES,<br><br>    Plaintiffs,<br><br>v.<br><br>RAY BRANDT NISSAN, INC.,<br><br>    Defendant. | CIVIL ACTION NUMBER:<br>2:17-cv-04885-CJB-KWR |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Defendant and Plaintiffs by and through the undersigned counsel and request that this Court dismiss with prejudice the above-styled cause with each party to bear their own attorneys' fees, costs and expenses.

Respectfully submitted this the 6th day of September, 2019.

| | |
|---|---|
| s/ Albert L. Vreeland, II<br>Albert L. Vreeland, II ASB-0066-V78A<br>*Pro Hac Vice*<br>LEHR MIDDLEBROOKS VREELAND &<br>    THOMPSON, P.C.<br>P.O. Box 11945<br>Birmingham, Alabama 35202-1945<br>(205) 326-3002<br>Fax: (205) 326-3008<br>Email avreeland@lehrmiddlebrooks.com<br><br>Mary Margaret Spell (Bar No. 32704)<br>Jones Walker LLP<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170-5100<br>Phone: (504) 582-8262<br>Fax: (504) 589-8262<br>Email: mspell@joneswalker.com<br>*Attorneys for Defendant* | s/ G. Karl Bernard<br>G. Karl Bernard, Esq. (Bar No. 24294)<br>G. Karl Bernard & Associates, LLC<br>1615 Poydras Street, Suite 220<br>New Orleans, LA 70112<br>(504) 412-9953<br>Fax: (504) 412-8088<br>Email: karl.bernard@karlbernardlaw.com<br><br>*Attorney for Plaintiffs* |

653603.docx