UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENWICK CLIVENS, ET AL. | CIVIL ACTION |
| VERSUS | No. 17-4885 |
| RAY BRANDT NISSAN, INC. | SECTION: "J"(4) |

### ORDER

Considering the *Joint Stipulation of Dismissal* **(Rec. Doc. 30)**,

**IT IS HEREBY ORDERED** that the claims and causes of action asserted by all Plaintiffs, Renwick Clivens, Harold Seals, Louis Roach, Norman Jackson, Jeffrey Henderson, and Rodney Bridges, against Defendant, Ray Brandt Nissan, Inc., in the above-captioned matter are **DISMISSED WITH PREJUDICE** in their entirety, with each party to bear its own costs.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE